IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:
    Todd A. Williams                                                 Case # 14-51560
                                                                       Chapter 13
                    Debtor                                          Judge Preston

### NOTICE OF CHANGE OF ADDRESS

Now comes Todd A. Williams, by and through counsel, and hereby notifies the Court of his new address. The Debtor's mailing address is as follows:

        Todd A. Williams
        612 Kenny Lane
        Marysville, OH 43040

                                                  /s/ Elisabeth C. Duesler
                                                  Elisabeth C. Duesler # 0079906
                                                  Attorney for Debtor
                                                  302 S. Main Street
                                                  Marysville, OH 43040
                                                  937-644-9125 (telephone no.)
                                                  937-644-0754 (fax no.)
                                                  bkadmin@cfbjs.com

### Certificate of Service

I hereby certify that a copy of the foregoing address change notice was sent by ECF service to Larry McClatchey, Chapter 7 Trustee; U.S. Trustee's Office and by regular U.S. Mail service upon Todd A. Williams, 612 Kenny Lane, Marysville, OH 43040, this 15th day of October 2015.

                                                  /s/ Elisabeth C. Duesler
                                                  Elisabeth C. Duesler